■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN KOZICKY, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN JOSEPH KLOZKO, Appellant.— Motion for reargument denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. [See 278 App. Div. 773.]

■ FRIEND L. TUTTLE, Appellant, v. ESTER JOHNSON et al., Respondents, et al., Undertenant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.